# United States District Court
## Northern District of Illinois
### Western Division

Susan Shott                                **JUDGMENT IN A CIVIL CASE**

            v.                               Case Number: 13 C 50030

Vedder Price

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that defendant's motion to dismiss is granted. All other pending motions are denied as moot. This case is closed.

                                                Thomas G. Bruton, Clerk of Court

Date: 4/2/2013                             _____
                                                   /s/ Susan Bennehoff, Deputy Clerk